**Dismissed and Opinion Filed July 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00401-CV

### UC MEDICAL SOLUTIONS, LLC, Appellant
### V.
### ROBERT KYLE DELP, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12649**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Whitehill

Before the Court is appellant's June 30, 2016 motion to dismiss this appeal. In the motion, appellant informs the Court that the parties have settled this dispute and requests the Court to dismiss the appeal. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

160401F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UC MEDICAL SOLUTIONS, LLC,
Appellant

No. 05-16-00401-CV          V.

ROBERT KYLE DELP, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-12649.
Opinion delivered by Justice Whitehill.
Justices Myers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered July 6, 2016.